# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br>DONALD LAVANIS DICKERSON | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:21-mj-44 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 1, 2020-February 10, 2021   in the county of   Scott   in the
  Southern   District of   Iowa  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*
Sgt D. Furlong 82-11

Dan Furlong, Sergeant, Scott County Sheriff's Office
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other
reliable electronic means.

Date:   04/29/2021  

*Judge's signature*

City and state:   Davenport, Iowa  

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
12:11 pm, Apr 29 2021

## AFFIDAVIT

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | )ss |
| SOUTHERN DISTRICT OF IOWA | ) |

I, Sgt. Dan Furlong, being duly sworn state and depose as follows:

1. I have been employed in law enforcement since 2004. I was employed with the Maquoketa Police Department from 2004 to 2008. In 2008, I was hired by the Scott County Sheriff's Office, and I have been continuously maintained that employment since that time. In July 2010, I was assigned to the Special Operations Unit, within the Sheriff's Office. The Special Operations Unit is a specialized unit that primarily focuses on investigations of drug and gun offenses. In 2017, I was promoted to the rank of Sergeant within the Special Operations Unit. During my law enforcement career, I have participated in numerous drug investigations involving the distribution and transportation of controlled substances, the manufacture of controlled substances, and the sales of controlled substances. I have also attended numerous schools specific to the investigation of drug and gun offenses.

2. This affidavit is in support of a criminal complaint charging Donald Lavanis Dickerson (Dickerson) with being a Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), in the Southern District of Iowa, on or between June 1, 2020, through February 10, 2021. The information contained in this affidavit is for the purposes of establishing probable cause for the criminal complaint, and does not contain all of the information known. The information contained in this complaint comes from my own personal involvement in this investigation, from information obtained from other officers, and from information obtained from confidential sources.

3. During January 2021 officers met with a confidential source (CS #1) who stated that Dickerson was involved in selling methamphetamine and prostitutes, and always had a gun in his possession. CI #1 stated he/she had recently seen Dickerson's gun and that Dickerson kept it under the seat of his vehicle.

4. On February 10, 2021, officers met with a different confidential source (CS #2) who stated that he/she knew Dickerson to be driving a vehicle registered to another individual. CS #2 stated that multiple people had belongings in the vehicle. CS #2 also stated Dickerson had a gun. CS #2 stated Dickerson kept the gun in a bookbag in the vehicle. CS #2 described the gun as being "sawed-off." CS #2 stated that he/she had seen Dickerson with the sawed-off firearm earlier that day. CS #2 drove with the officer to a location in Davenport, Iowa, where they observed Dickerson in the vehicle registered to the individual CS #2 had described. Officers subsequently located the vehicle Dickerson had been observed driving parked at an apartment complex in Davenport, Iowa. Officers executed a search warrant on an apartment at the complex, the vehicle, and Dickerson's person. Dickerson was found in the apartment, alone, in possession of methamphetamine. In the truck, officers located a backpack containing a Harrington & Richardson Inc., Model Topper, .410-gauge, break-action shotgun, with serial number AT255346, among other things.

5. Later that same day, February 10, 2021, officers went to Dickerson's wife's residence. During a search of that residence, officers located ammunition, including a box of .410-gauge ammunition. Dickerson's wife denied knowledge of the ammunition in the residence.

6. Dickerson was arrested on State of Iowa charges on February 10, 2021. Officers have reviewed some of the calls made from Dickerson's phone account at the Scott County Jail

and heard numerous calls wherein Dickerson discusses how someone/anyone needs to come down and say they saw someone put the bag in the truck so he can beat the charge.

7. Officers subsequently obtained a search warrant for Dickerson's Facebook account. During a search of the results, officers located a conversation in which Dickerson specifically makes reference to having his "book bag" and how he does not want to be "riding around like this I have my book bag with me." Later in that same conversation Dickerson referenced having his "little friend" with him.

8. During March 2021, agents had contact with a different confidential source (CS #3) who stated he/she was familiar with Dickerson. CS #3 was shown a photograph of the shotgun seized on February 10, 2021, and identified the gun as Dickerson's. CS #3 stated he/she had seen Dickerson in possession of that firearm on several occasions. CS #3 stated the first time he/she saw Dickerson in possession of the firearm was June 2020. CS #3 stated Dickerson carried the firearm in a backpack. CS #3 was shown a photo of the backpack the firearm was in on February 10, 2021, and identified the bag as the one Dickerson used to transport the firearm.

9. ATF nexus expert Jason Pessman has examined the firearm and opined that it was manufactured outside of the State of Iowa.

10. Dickerson has a prior felony conviction for Theft 1st, in Scott County, Iowa. I have reviewed court documents related to that case, which show that Dickerson was present, in court, with his attorney, when he was sentenced to a term of imprisonment not to exceed ten years on September 4, 2003.

11. I believe the information contained herein provided by CS #1, CS #2, and CS #3 is reliable and trustworthy. As described above, the information provided by each of the sources is consistent with information provided by the other sources and consistent with other evidence, such as the Facebook messages, and the finding of the firearm, in a backpack,

3

in a vehicle Dickerson was observed operating a short time earlier. Additionally, each of the confidential sources has provided additional information to law enforcement, some of which has been able to be corroborated by law enforcement and/or is consistent with other information known to law enforcement.

12. Based on the foregoing, there I believe there is probable cause to charge Donald Lavanis Dickerson with being a Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

*Sgt. D_____ 82-11*
Dan Furlong
Sergeant
Scott County Sheriff's Office

Sworn to me by telephone or other reliable electronic means on the 29th day of April, 2021.

*Stephen B. Jackson, Jr.*
Stephen B. Jackson, Jr.
United States Magistrate Judge
Southern District of Iowa